UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:03-cr-35-MOC-DCK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| vs. | ) **ORDER** |
| REGINALD GLENN PATTERSON, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's pro se Motion for Compassionate Release/Reduction of Sentence. (Doc. No. 108). The government opposed the motion noting that there is no evidence that Defendant has exhausted his administrative remedies. (Doc. No. 112). Defendant, an inmate at FCI Lompoc in Lompoc, California, seeks a reduction of his sentence based on the COVID-19 pandemic.

Title 18, Section 3582(c)(1)(A)(i) authorizes criminal defendants to request compassionate release from imprisonment based on "extraordinary and compelling reasons." But before doing so, they must at least ask the Bureau of Prisons to do so on their behalf and give the Bureau thirty days to respond. See United States v. Raia, No. 20-1033, 2020 WL 1647922, at *1 (3d Cir. Apr. 2, 2020). Here, because Defendant has not first exhausted available administrative remedies, the Court denies Defendant's motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Compassionate Release/Reduction of Sentence, (Doc. No. 108), is **DENIED**, without prejudice to Defendant to refile the motion after he has exhausted his remedies with the BOP.

Signed: February 2, 2021

Max O. Cogburn Jr
United States District Judge