IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:03-CR-035-MOC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| REGINALD GLENN PATTERSON, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 124) filed by Elizabeth Blackwood, concerning Elizabeth Budnitz, on November 16, 2022. Elizabeth Budnitz seeks to appear as counsel *pro hac vice* for Defendant Reginald Glenn Patterson. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 124) is **GRANTED**. Elizabeth Budnitz is hereby admitted *pro hac vice* to represent Defendant Reginald Glenn Patterson.

**SO ORDERED**.

Signed: November 16, 2022

David C. Keesler
United States Magistrate Judge